IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR316 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SIMAIRA ANDERSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for downward departure (Filing No. 53).

The Eighth Circuit has denied the Defendant's request to file a successive petition under 28 U.S.C. § 2255. The motion for downward departure followed.

IT IS ORDERED:

1. The Defendant's motion for downward departure (Filing No. 53) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at her last known address.

DATED this 17th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge